1 *C.A.A.*

<u>Civil Statement</u> **C V 10-03163 HRL**

Plaintiff: Charmain A. Abrazado; PO BOX 4234 Santa Clara, CA 95056-4234

File Claim: Tort; Discrimination; Manipulation; Premeditation; Attempted Murder; 1st Degree Murder
Full Intent; Full Charge ; Scrutiny; Grand Conspiracy;

Defendant: The Government State of California; The University of Phoenix, Inc.® Corporate Affairs;
4615 Elwood Street; Phoenix, AZ 85040

Goal or Settlement: A reimbursement of the maximum or fifty million plus interests.

I believe in god the father almighty, creator of heaven and earth. I believe the third day he rose, the great
one, rose again; his son, Jesus, is seated at the right hand of the father. I believe in the holy trinity also
Utilitarianism or The Common Good, The Holy bibliographic Ten Commandments . I believe in the truth
and nothing but the truth so help me G--.

*I believe that I am the one of the most powerful college student, patron, one of the most talented youngest*

*US Leaders that is evolving here, foreward. I believe in a lot of will power also I believe that I have*

*grown to know exactly how to handle my personal instincts and power to operate, forinstance, a business*

*let alone a whole economy. I have been inspired by most of all my professors, principles from grade*

*school and on , etc; I would have to say that comparisons from then till now I have gleamed. I have been*

*told by my important roles to always "shoot for the stars". I am a very moral individual that carries a lot*

*of value also beliefs in a lot of common good, for I myself, also the citizens amoungest myself such as my*

*colleagues, professors, and principles.*

As a civil statement, I am proud to say that I am a senior in my fullest potential of earning my Bachelors
of Science Business Integrated Supply Chains and Operations Management in full potential of my

endeavors. I have worked full-time jobs since the age of sixteen onto seventeen years of age than decided to keep working full-time jobs until presently twenty-seven years of age. I grew up out of a humble background that has taught me endurance and perseverance. Because of my parent's situation, separated, I had been depressed throughout middle school and high school that than physicians had diagnosed me with panic attacks that may possibly result in heart defects, anxiety, and depression that I have been coping with myself with my single non marital status. I also drive a Toyota Scion TC;

As a statement also personal declaration: I do practice the Ten Commandments on a daily basis. I do not bear false witness. I had been patient to justify my biological mother and my biological grandparents most of all. I know my rights as a patron, student, plaintiff, and citizen I am fully aware that I have the right to gather all of the necessary evidence there is to prove my standpoint, steadfast, to allow myself the efficiency and effectiveness to clearly demonstrate with full accountability along with my personal status. I hold myself fully responsible for all actions hereby I declare that I am fully capable and knowledgeable of my rights and responsibilities within this Supreme Court Case. I also would like to state that I do not like misusing any-type of resources [For instance, time, money, etc.] whether within a work environment, civil court, or within a educational work environment. I have the right to bear myself as a patron and as a citizen in any circumstance while collecting evidence to prove my personal standpoint within the Supreme Court Class Action Jurisdiction.

Acquaintances, Loved Ones, Friends, Past, and Present: I've witnessed a lot of abuse during my child years also youth. I've been spit on, apprehended, cornered, interrogated, scorn at, brainwashed; family had me in at the wrong psych in treatment [8+ Times] [ 1] 4x: Nevada HBS Healthcare Behavioral Services; 2] 1x: Major San Diego Naval Military Center 3]; [1x]: Los Angeles within the County of Torrance; 4] [1x]: Shuman Liles ongoing outpatient 5] [1x]: John George Behavioral Healthcare Pavilion Union City SL, CA], was told to do unlawful practices yet did not cross my mind it was a wrong act, .

tested, deceived, lied to, swore at, robbed, yelled at, plotted against, planned conspiracy's, acquaintances nearly had almost had me "killed" through schemes, was told to leave in my own house on odd times, manipulated within situations but people did not succeed in there schemes, demanded to pay more rent, commanded and demanded unwillingly against my will, nearly choked then told that I would be choked to death, told that I would be killed, threatened, harassed, treated unfairly, mistreated, discriminated against, ridiculed, had my door knob sabotage, vehicle sabotage, forced out of the house, told to move out right away, having to celebrate my 28th birthday at a resort, left outside with no key to the house during Christmas Eve because all the door knobs been changed since; Etc. As for the loyalty of The United States of America also the US Federal Government I would like to record the following on documentation. [{Investigation and Prosecuted: Carl and Helen Verdadero; Eli and Julie Torrecer} responsible for torment and murder of Corpuz's confessed through household decorating [ridicule];{Cesar C. Abrazado} Prosecution and Punishment}; Abaya Family; Acosta Family; responsible for the torment [emotions, stress, health, pressure hateful towards treatment of biological mother *Alicia Corpuz*, manipulation, battery, harassments, threats, disrespectfully] *Rodulph and Constellation Rosando Corpuz* family; my family; tormented my whole family for years past till present schemed; my biological mother who's life was manipulated then brutally and cruelty for years for the purpose of life insurance federal currencies; As a note, "*I am not related or have any close relations here in California also I feel that I am not at liberty with my prior or recent residency*"; Throughout concerning acquaintances ; Past present: Summer of 2007-2008; Erik Larson had attempted to kill me on a hiking trip on a trail he nearly had me fall to my death without no regards to ask for any assistance with full intention [Attempted Murder];he took me on a trail that was very steep I remember that I had to avoid getting hurt my own risks; As record, during the Summer of 1991; When I was 10 years of age Brandon Verdadero and Mark Torrecer picked me up with there arms extended above there heads 5'8" up in air then all of a sudden let me go hoping I would get paralyzed;

Also For the record, From 4th grade throughout high school I'd walk from home and back with a backpack with the weight of 20 pounds of my school materials 4-5 [English, Language Arts, Mathematics, Arithmetic; Reading, Writing, Extracurricular] subjects a day [books; notebooks; pencil case; binder full of assignments; my sweater; clothes that only my grandparents would supply; shoes torn away] I've been spit on, scorn at, swore at, food poisoned, demanded to pay more rent, commanded and demanded unwillingly against my will, nearly choked then told that I would be choked to death, told that I would be killed, threatened, harassed, treated unfairly, mistreated, discriminated against, ridiculed, had my door knob change several times, taxation, vehicle sabotage [keyed at my rental residence during a family get together], I had to celebrate my 28th birthday at a resort-not specified- left outside with no key to the house during Christmas Eve because all the door knobs been changed since.]; In my own viewpoint, Noel and Desiree Ramos and Family; Ramos; Laforga; I would assists in the household by picking up their children [I was not compensated- gas, time, money, or for other resources]; I believe that my previous household may need to seek help; I know that it is a large household also I understand that there is children but majority of the time it all gets aggressive and a lot of pressure in the home; Jeanette Meshreky who is employeed with DeVry University would tell me "should would tell me that she could beat me in my own car back and forth" with out offering gas money. A "Jean Marie" or "Jean Dumlao" Ramos who is married to "Jimmy" Ramos of Representative of DeVry University had invited me on a community network had invited me just for the main purpose of Tort and Internal Info Sold, Bought, Given.

As for documentation, I have been seeking personal help regardless of what situation that I have been throughout my years. Although, my parents have not been able to support me through college I have choose to work more then ten jobs during the past ten years to put myself in high school all the way until private school with DeVry University then transferring to the University of Phoenix TM. Forinstance, I am proud to say that I have worked for The Sarah Hotel as lifeguard, Nascar Café as a ride attendant, Allied Barton as a Security, Supervisors, and SOC Officer, a teachers aide at Trinity Life Center, and Sears as a Sales Associate. I believe that during years in college through presently there have been circumstances where I have been harassed and discriminated for reasons other than school related reasons but avoided the issues. I want justice.

As a note, my living situation is that I have been independent since seventeen years of age; I am currently living with my oldest sibling and family as roommates. I live with my sibling and her family. I am a senior with my Bachelors of Science with a concentration in Operations Management; my goals is to graduate to become a operations manager in the health or science field to be much more independent to earning towards buying my own residence also starting my own life. As a statement: "I am not truly comfortable with my living situation but I do make sure that I am courteous while living with roommates. I do help around the household and contribute to household needs yet I feel frustrated because of the size of the household. I have also looked into other living situation as well. I honestly would like to move on with my life because I like to be positive about life. I do not like to feel troubled or invade others because I just feel that it is just wrong. I have a bank account with more than eleven thousand dollars yet I do not think it is a lot of money to live on within a weekly, monthly, or daily basis. Again, I want to move forward. Aside from my living situation, I have other aspects of my life that I focus and concentrate on with full attention."

In other circumstance aside from school and formal education within my personal lifestyle, I like to contribute to the earth to the community with my time. Community work such as the American Red Cross Association [Newark]; The Current Cancer Association; The UOPX, Incorporation; Earth Day; I do not promote any harsh emissions to the earth; I would like to upgrade to hybrid one day; I would like to be within the green clean tech field; I am involved with a lot of Student Success workshops i.e. Time and Stress Management, Plagiarism, The UOPX Library, New and Ongoing Student Success, Personal Finance, ECampus Learning Structures; Finance Management; Student Research and Utilization; Student Tech; PC Skills; Learning Teams; Taskstreams for Students; Document Workshops; The Ohlone Junior College Higher Learning- Network Administration; Administration of Justice; Forensics; Earth and Environmental Studies; Ongoing formal education. I also belong to a lot spiritual organizations such as Catholicism and Christian Organizational Communities that promote a lot of spirituality. I like to practice a lot of balance in my life also most importantly positivity. I believe that having the right attitude is always the right thing to do. I believe that with the right attitude you could do anything, go places, and go the furthest.

As a citizen of California I believe in the "Executive Order 10925" "[The US Congress, USA, © 2010] that was signed by JFK on March 1961 EEOC Affirmative Action that is taking positive action towards minorities of all race, gender, ethnicity, cultures, backgrounds, and etc. Affirmative action has been a issue through years with civil rights. As a individual I believe that I myself along with others within a educational institution should be treated with the upmost respect as college students. As a student I understand that I have rights within the *Civil Rights Act of 1964* Title VI promised that "no person shall on the ground of race, gender, ethnicity, or national origin be excluded from participation or be denied benefits of or be subject to discrimination under any program or activity receiving federal financial assistance." In anytype of case, colleges up to med schools uphold ethnic cultural diversity before the Supreme Court. Steadfast, as a student I am a leader that believe in leadership within the U.S.

Constitution with nobelty, natural rights, common good, or common law standpoints. The Civil Rights Act of 1964 [The US Congress, USA, © 2010] addresses: "the rights to enforce the constitutional right to vote or confer jurisdiction upon district courts of the United States of America to provide relief against discrimination in public accommodations to authorize the Attorney General to institute suits to protect constitutional rights in public institutions, public education, to extend the commission on civil rights to prevent discrimination on federal programs to establish commission on Equal Employment Oppurtunities, also for other purposes." Again as a student, I personally feel that my every constitutional rights has been diminished, for instance, my course grades for homework or team assignments; also, within the course meetings I personally feel as if the professor is pointing out examples on the power point, whiteboard, or on documented hardcopy to discriminate; another example, remarks that has been pointed out on the course grade eBook or assignments that has graded with feedback. I also believe that there is a lot of intentions behind this circumstance because of the fact that when I personally went to her for advise she stated: "I had to go through the IT department to unlock your document"-then from there I felt that she was pointing a finger at me like I had done something very wrong. Next, I believe that there has been harassment within the course OLS within courses; in example, the feedback that is given from the professors also from colleagues such as hate comments suggesting inappropriate feedback of how to perform in a rude manner. Withallrespect, I just feel invaded as a civilian and student enough to think that inside information is being allowed to people internally and externally. "It is scary to think that my privacy has been seriously infringed. I can not withstand the embarrassment that I feel so overrun, perplexed, and ravaged by negativity surrounding me." Finally respectfully as a statement: "as a civilian I feel deliberately scrutinized."

I believe in ethics, morals, values, and common good beliefs as a United States Citizen. As a US Citizen, Student, Patron, and Samaritan I believe in the Executive Order 12866 [The US Congress, USA, © 2010] Volume 58 No. 190 Title III Signed by The US White House in accordance: As overview, The Statement of Regulatory Philosophy and Principles: Section 1, 1A The Regulatory Philosophy; Section 2 Organization, Section 2A The Agencies, Section 2B The Office of Management and Budget, Section 6 Centralize Review and Regulations, Section 6A Agency Responsibilities , Section 7 Resolution of Conflicts, Section 8 Publishment. I believe in the 10 Biblical Commandments – 1] I am your lord your God, 2] You shall have no other gods before me, 3] You shall not make yourself an idol, 4] You shall not make wrongful use of Gods name, 5] Remember the Sabbath Day, 6] Honor your father and mother, 7] You shall not murder, 8] You shall not commit adultery, 9 You shall not steal, 10, You shall not bear false witness against your neighbor, 11] You shall not covet your neighbors wife [The US Congress, USA, 2010] Overall, I personally feel that I have been scrutinize with my time, money, and patience as a citizen, but most importantly I continually choose to learn gratuity, patience, content, care, and trusts within my colleagues, close friends, or family.

While enrolled in Professor Michael Mullhalland course Gen 200 I was asked to leave campus because of my "Student Conduct" when at the same day my team Abigail and Rashad dismantled the team for communication concerns. I myself regarded it as unfair practice for the team also the staff or faculty that had ask me to leave that day. The same week I had been directed to a "Gina Cave" for further advisory. As a student, I believe in *liberty, benevolence, peace, and tranquility* I would not dismantle a team in the middle of a project or course. I believe in a lot of encouragement from the staff or faculty could have been helpful at that moment [the same time they asked me to leave].

In addition, I notice some of my workshops has been intentionally removed such as my doctoral workshops for writing. During winter 2009 I noticed that I had enrolled myself into a few doctoral workshops to keep myself occupied then all of a sudden as I logged onto my student account it seemed as if I never enrolled. I have noticed the way staff has regarded me that just considered unfair practice such as, for example, e-mails stating that the tuition has increased due to the new academic year. In a business management course I have considered appealing for a grade but did not want to get expelled for any type of misconduct.

As a civil note, I would like to state that I have made my efforts in personally communicated with corporate, via my personal cellular phone, to resolve some personal issues that I have had transferring on my own. Transferring from DeVry University, Inc. to University of Phoenix, Inc. ® was very rigorous also a tough challenge for myself as a college student. Again, during the transfer I have felt really invaded as a citizen and patron. I have had to become much more distant towards my colleagues, loved ones, also close ties to focus my fullest efforts, potentials, and endeavors towards my studies. I had to decide this on my own to figure out the circumstances. Note, I am not so 'straight forward' about my own personal info towards acquaintance's I would like to keep it that way permanently. I would like to keep my personal life as private as much as possible because of personal reasons.

During November 12, 2009 through December 17, 2009 I have been treated unfairly including upon enrolling through admissions. In every single class I have not been graded fairly for my assignments or researches also disregarded by corporate entities or corporate staff at the University of Phoenix, Inc. ® located at Fremont campus located at 40440 Encyclopedia Circle. The front desk clerk a, Helen Yu, whom is a student coordinator at one point had me leave campus demanding that I leave and not go upon beginning to be enrolled in business courses. I believe for a fact that there had been issues that were

created in potential to cause damages to my personal life and well being emotionally and financially. I believe that because I am undergoing "wellness treatment" that I continue, I am considered of nonhumanistic and nonbiological form [I.E. no emotions, no feelings, no status, etc.] just because I do not have any type of support from my grandparents, parents, siblings, and etc. As a college student I am proud to say that I have worked full-time since high school taking seven to eighteen classes each day in my junior to senior years to fulfill my high school diploma working seasonal full-time jobs such as lifeguarding at Casinos such as the Sarah Hotel®, parks such as Nascar ® Café, casinos, school extracurricular food and beverage at the school snack shop, grocery markets Safeway® Starbucks®, teacher's aide at Trinity Life Center ®, Security at Allied Barton®, and Securitas USA Inc. ®


On December 23, 2009 at 9:50 am I contacted the University of Phoenix® to seek advise except when the operator answered whom a young male answered at the time; I requested to be transferred to my academic counselor a Leon Bland that went to voicemail at that time. Urgently and respectfully, I then requested to speak with my finance counselor Miriam Bueno; I was then immediately transferred to speak to Supervisor Counselor a Nicole Laris. Urgently, I explained my standpoint about how I had been enrolled in my Management 350 course following the curriculum schedule. Also, I explained how my professor was just not vital with her grading criteria that at the time had me so concerned about my final grade or my future, my endeavors, my hopes, my dreams, and my goals as a civilian, as a patron, and as a rising honor student. In my perspective, as a student I believe that she has been responding as a professor in a noncritical manner that seemed in intention to complicate. The call went through 26:21 minutes in full length on my cellular phone [408]829-0269 daytime minutes. As a general note, I have had the idea that I have been scrutinized also discriminated because the transfer units that was not handled appropriately by the staff members. As another note, after she had graded our final grade she had the intention of greeting me on e-mail ridiculing as a statement: "Best wishes in your future classes". On January 11, 2010 the online University of Phoenix ™ OLS has been intentionally fixed all of my

assignments on the Center for Writing Excellence has been deleted from online including my final grade for Management 350 [ D+ to C- ].

As a note, Entering RES 341 and RES 342 during the winter of 2009 throughout 2010 with University of Phoenix and Professor D. Craft was one of my greatest challenges because of the modality [personal life [i.e. personally I just felt very clouded emotionally, psychologically, physiologically, etc. & school life wise I felt very much ready and encourage at the same time very challenge to take on the world]] of the course such as: 1] Syllabuses [online, onsite courses, etc, very noncritical]; 2] Grading process and criterion; 3] Faculty Conduct and Communication [statements and remarks]; 4] Bribes as compensation [Cakes, pies, and donuts] other compensations such as faith callings ad on a poster  at a Santa Clara Church; 5] Cal Grants- GPA verification form; 6] Sallie Mae and Stafford Loans; 7] There is a very momentous public outcry and outrage happening here in the US  [I as an Individual, The People, US Economy, The movement, The Public Eye]; 8] My genetics, genes, genomes, characteristics is being currently sold or published with tech firms i.e. Google-Google Search Page;Wave; Forbes-Forbes Magazine "The Future of Reading" or "Reading is Fun"; CNN; NASA-The Cats Eye; The Walt Disney Incorporation; Ford Motors; The Marvel Comics; Payless Shoe Source; Clean Tech; 9] Posters Created to discriminate or ridicule my personal status as a student i.e. "Green Living", "Recycle" or "Use Your Head Recycle". While attending RES 341 after I had utilize the SJ campus pc for a quick research regarding school criteria I inquired about switching campus at first I had ask the front desk but in the area a "Scott Sanders" momentarily was in the area at the SJ Campus he advise that I speak with the staff at my local campus and stated that "he does not shake hands" and that "I have a cold" or "I'm sick at the moment" while I introduced myself as a student after my inquiry before departing the school campus. During enrollment with RES 341 while I asked Professor D. Craft about an assignment [RES Week 1: The Clean Technology] that I was awaiting for grading she asked stating "by the way have you seen it" with a odd look as if it was terribly written. Most importantly, I was not awarded full credit for my assignments

during enrollment at University of Phoenix Incorporation also treated unfairly as a student or minority. I've notice that Professor Craft would refuse to answer my questions concerning my homeworks and projects. Also the same season I logged on to PC #10 I contacted Student Tech Support spoke with a tech support representative name of a "Joe Abbott" concerning a technological inquiry I was asked to verify a numerous amount of questions such as 1] Full Name, 2] IRN, 3] SSN, 4] Address; I also was asked to repeat a couple and the same verified info my i.e. my SSN I myself stated that "I have rights" [Final Grade= B and C]

On concerning my attendance with The University of Phoenix Incorporation I have been very devoting to my class participation and class attendance; I have been responsible to also progress in my course homework research papers and learning team work projects; upon enrollment with BIS 219 with Professor Donna Dulo; I noticed how she would introduce herself; I felt very much degraded as a student considering that I am of single income [SSI]. While in progression of my online attendance during week one I had volunteered to complete a biography of myself also a overview of BIS and MIT that she then replaced my week two assignment with scrutinizing my work with a confusion of my week two assignment that had been in APA format and reformatted also restructured. At one point, of my course during the second week I was advised that I had turned in the wrong assignment and was not credited properly and awarded full credit that I deserved. As a note: I have noticed during most of my class it would be the same remark that "Wrong Assignment" or "The assignment was not in the right and correct format" though it had been in APA format, yet the professor such as Professor Craft requested the homework in a question answer format a day before submission that I had turned in more than twice. As a Final Grade I had received C Considering that I have mentioned the US Congress Rules and Regulations I was awarded a failing grade.

During Business 475 Professor David Bonilla had been very demeaning, very harsh, also very intimidating with course objectives such as for example he would grade my research and analysis papers starting from week two as zeros or failing letter grades. He would target me in class with questions asks just to ridicule, harass, also to discriminate me with harsh remarks. Then during the final week of, 07 June 2010, he decided to ask me for the second time to have a talk with me alone aside from being in the class itself. Then, I immediately became aware of this then decided to urgently handle this with the front desk clerk as I stated : "the professor requested to have a talk with me alone separately aside from being within the class with the other students he also insisted by saying "you don't want to talk to me?" or "your refusing to talk to me?" as if I would be considered by staff as an insubordinate student, when I am not the bad role, I am a Rising Honor Roll Student. During my statement with the front desk clerk I also did not hesitate to report that I noticed internal fraternizing with the same professor within, Business 475 David Bonilla, on the fourth week that another student had been ask the same question also that it may have been within a informal situation such as other than school business as in a personal e-mail or phone call. I had stated that : "I noticed that on The University of Phoenix Online Learning System she had been requesting favors, that I had regarded as against very Unprofessional, also against The Code of Conduct also The School Code by jurisdiction. In some occasions he had looked at me or gave me this aggressive stare or look that was harsh while I answered course objective questions that were targeted most definitely rehearsed, planned, or plotted.


As a civil note, April 2, 2010 Scott Richards had aggressively approached me while I had gathered my Proofs of a sign stating a VZ meeting in ROOM 108 also Portrait or Photographs. At that moment he questioned me stating "what are you doing?" He had approached me with full intent of confiscating hard evidence. Scott had the evidence moved to the back of the administration area. I believe that it had been concerning my case because of the fact that I was suppose to be graduating sooner than this year [transfer student]. At that moment I felt very ridiculed and very degraded as a student also I feel very embarrassed.

As for the record, for the peer or faculty reviews I serve for an example of the peer conducts towards a very privileged individual, student, and rising honor roll student. During this time it serves as full, direct, solid evidence of conducts towards minorities, bystanders, and populations that are very regarded as the average or also considered as low as or beneath failing within this civil rights movements also presidency.

Prior to contacting Nicole Laris I have e-mailed other staff members stating my issue also notifying that I had received a D+ attempting to resolve the issue requesting to 1] withdraw from the course and 2] retake the course.  As the final grade, within the final week of the Management 350 posted I had contacted Nicole Laris and Joan Rodriguez again stating my issue when they responded it wasn't claiming that it was a "passing grade", "it is nothing to worry about", "I'm a good student", and continuously convincing me that it is perfectly a passing grade that it is perfectly normal. "I feel very disregarded as a individual, citizen, and patron. I believe that my constitutional right's has been invaded. This was stated after I had to rewrite about three assignments [6-8 pages of research] receive noncritical responses up close and personal also after visiting the doctors office three times on three occasions this season [another as a follow-up]. As a statement: "I do truly put forth the effort it takes to succeed and I always strive for A plus's since I transferred because I feel that is what I truly deserve. I am honestly devoting student that likes to succeed with the efforts it takes to get to where I would like to be in my life."

On January 20th 2010 I had logged in online to view my RES 341 criteria then decided to clean out the cookies, history, also the cache myself to be efficient of the Student IT Support line; for some reason I was logged off then decided to stay to get my situation figure out. The IT took approximately 20 minutes when at the moment I had been explaining my situation to IT tech Natalie that then transferred me without proper request but was notified of the transfer; next was then transferred to Lane who then

verified my info thoroughly after I have already done so with Natalie the call went throughout 27: 24 in full length [The UOPX, Inc. Phone-line].

As a Supreme Court Class Action Statement, I feel degraded also degraded because of the fact that I feel ridiculed and degraded through my personal stance. I would also like to state that I have notice a lot of my work has been published through Business Technology Firms such as i.e. major tech PC Firms such as The Apple, Inc., The IBM Inc., that is, Lenovo, The Google, Inc.,  The Yahoo, Inc., The Verizon, Inc. There is also clothing lines through [Aldo, Pac Sun, Zummiez, Quick Silver, and etc.] shoe lines [Aldo], beauty products with the [Neutrogena], Dove [Hygiene Products], Jeans [Levi's Strauss], Sun Glasses, Watches, or etc. This is also against US Congress Jurisdiction with OIRA, ISM Act, A-4.

I believe that I am being harshly scrutinized against that is causing a lot of damage towards my personal life also my college success as a student. I would like and I want justice for all of these deeds that has been happening in my life. I believe in the golden rule "treat others as the way you want to be treated" or "what you would want done to you is what you should do to others". I believe most of these issues has been intentional to destruct my walk of faith. I hold a lot of faith in myself as an individual, also, I have worked so very hard for all that I have undergone throughout my studies. I believe that people has been attempting to take what I have my dignity, pride, honor and will to live on.

Respectfully, as a settlement, I would like maximum or fifty million dollars plus interests.

References; Credentials; Official; Verified; and Certified Authorize information and authentication:

The University of Phoenix. E-Book: [Http://Www.Phoenix.EDU]. © Copyright 2010.
The DeVry University. Website: [Http:Www.DeVryU.Net; DeVry.EDU]. © Copyright 2010
Officially Verified through the Federal Govern Authentications; The US Constitution. US Congress and
The US WhiteHouse. {Http://Www.Bing.Com}{Http://Www.Yahoo.Com};
{Http://Www.Google.Com}{Http:Www.WhiteHouse.Gov}. Civil Rights 1964. © Copyright 2010.
The Ten Commandments. Search Engine: Http: Www.Google.Com; The Ten Commandments. Copyright
2010.
The Stanford University®™. Civil Rights 1964.
[Http://Www.Stanford.Edu].[Http://Www.Stanford.Edu/dept/registrar/bulletin0809/68885.htm] © 2010.

Home    Classroom    Library    Program    Account

## Schedule and Grades

BSB/ISCOM Program (Version: 024)

**My Program**

BSB/ISCOM

- Schedule and Grades
- Program Credits
- Transfer Credits

**Program Publications**

Program Handbook
Academic Catalog
Student Code of Conduct

**Order Transcripts**

Official Transcripts may be ordered either: online, by phone(1-800-866-3919), by mail or by fax.

| Order Online |

| | | | | |
|---|---|---|---|---|
| **Name:** | Charmain A Abrazado | **Student Status:** | Regular (RG) *Effective: 12/28/2009* |
| **IRN:** | 9027718437 | **Program Status:** | Regular (RG) *Effective: 04/08/2009* |
| **Total Credits Required:** | 120 | **Financial Aid Status:** | Regular (RG) *Effective: 03/20/2009* |
| **Program GPA:** | 2.63 | | |

Academic Status Descriptions

**Program Contacts**

**Academic Representative**

LEON L BLAND
leon.bland@phoenix.e..
1-800-266-2107
**Financial Representative**

KELLY R BETHEL
kelly.bethel@phoenix..
1-866-867-4968

The following information is unofficial and intended to provide convenient information on your student record. The current and future courses listed below may not include everything required by your program. Please refer to your Enrollment Agreement for specific requirements for your program or contact your academic representative.

## Current and Upcoming Courses

**Note:** For Current and Upcoming Courses, the Materials link will display 30 days prior to course start date, the Discussion link will display on the course start date and Weekly Grades link will display 7 days past the course start date.

| Course | CR | Start | End | Instructor |
|---|---|---|---|---|
| COMM/215 ESSENTIALS OF COLLEGE WRITING<br>Materials   Weekly Grades | 3.00 | 08/10/2005 | 08/10/2005 | |
| MTH/209 COLLEGE MATHEMATICS II<br>Materials   Weekly Grades | 3.00 | 08/31/2005 | 08/31/2005 | |
| GEN/300 SKILLS FOR PROFESSIONAL DEVELOPMENT<br>Materials   Weekly Grades | 3.00 | 10/05/2005 | 10/05/2005 | |

## Completed Courses

Waivers Description

| Course | CR | Start | End | Instructor | Grade |
|---|---|---|---|---|---|
| MGT/216 ORGANIZATIONAL ETHICS AND SOCIAL RESPONSIBILITY | 0.00 | 01/23/2000 | 01/23/2000 | | WC |
| ACC/280 PRINCIPLES OF ACCOUNTING | 0.00 | 01/30/2000 | 01/30/2000 | | WC |
| FIN/370 FINANCE FOR BUSINESS | 0.00 | 03/19/2000 | 03/19/2000 | | WC |
| BUS/415 BUSINESS LAW | 0.00 | 03/26/2000 | 03/26/2000 | | WC |
| MKT/421 MARKETING | 0.00 | 04/02/2000 | 04/02/2000 | | WC |
| GEN/200 FOUNDATIONS FOR GENERAL EDUCATION AND PROFESSIONAL SUCCESS<br>Materials | 3.00 | 04/27/2009 | 08/08/2009 | MICHAEL MULHOLLAND | B |
| ECO/212 PRINCIPLES OF ECONOMICS<br>Materials | 3.00 | 06/22/2009 | 07/20/2009 | AARON GAVIN | A- |
| COM/285 BUSINESS COMMUNICATIONS<br>Materials | 3.00 | 07/30/2009 | 08/27/2009 | FARID DALILI | B |
| MGT/330 MANAGEMENT: THEORY, PRACTICE AND APPLICATION<br>Materials | 3.00 | 09/03/2009 | 10/01/2009 | MICHAEL MULHOLLAND | A- |
| MGT/307 ORGANIZATIONAL BEHAVIOR AND GROUP DYNAMICS<br>Materials | 3.00 | 10/08/2009 | 11/05/2009 | LAM NGUYEN | B+ |
| MGT/350 CRITICAL THINKING: STRATEGIES IN DECISION MAKING<br>Materials | 3.00 | 11/12/2009 | 12/17/2009 | YVONNE RICHARDSON | C- |
| RES/341 RESEARCH AND EVALUATION I<br>Materials | 3.00 | 01/07/2010 | 02/04/2010 | DONNA CRAFT | B+ |
| RES/342 RESEARCH AND EVALUATION II | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Materials | 3.00 | 02/11/2010 | 03/11/2010 | DONNA CRAFT | B- |
| BIS/219 BUSINESS INFORMATION SYSTEMS<br>Materials | 3.00 | 03/15/2010 | 04/12/2010 | DONNA DULO | C |
| BUS/475 INTEGRATED BUSINESS TOPICS<br>Materials   Discussion   Weekly Grades | 0.00 | 05/03/2010 | 06/07/2010 | DAVID BONILLA | F |

Copyright © 2010 University of Phoenix. PWAXSAAR002


University of Phoenix™

# Program Credits

| Name: | Charmain A Abrazado |
| IRN: | 9027718437 |

This is an outline of how your transfer credits courses apply to the Graduation Requirements for your program of study. The Content Requirements, Course of Study Requirements and General Education Requirements provide you with information on Credits Required, Credits Applied and Credits Remaining in your program of study. Should you have any questions in regards to your Student Program Summary please contact your academic counselor at your campus.

## Credits Required for Graduation

There is no data available at this time.

## Required Course of Study Summary

There is no data available at this time.

## General Education Summary

There is no data available at this time.

## Evaluated Credit Summary

|  | LD | UD | GR | Total |
|---|---|---|---|---|
| Assessed Credits | 0 | 0 | 0 | 0 |
| Transfer Credits | 28 | 21 | 0 | 49 |
| Waived Credits | 3 | 12 | 0 | 15 |
| University of Phoenix Credits | 12 | 15 | 0 | 27 |
| Total | 43 | 48 | 0 | 91 |

Option for filling elective and general education credit:

Prior Learning Assessment is a process that may save students time and money in completing a degree program. The Prior Learning Assessment process determines if learning received outside of the traditional university classroom is equivalent to academic learning and eligible for college credit.

You may visit the Prior Learning Assessment Center website through the Program Menu on the home page, or directly at: www.phoenix.edu/admissions/prior_learning_assessment.html. You may also contact the Prior Learning Assessment Center toll free at (866) 440-4707.

   Get Acrobat Reader

Copyright © 2010 University of Phoenix. PWAXSAAR002



# Transfer Credits

| Name: | Charmain A Abrazado |
| IRN: | 9027718437 |

This is a summary of the total number of credits that were evaluated from your official transcript(s) received by the University and indicates the application of these credits to your program of study. To view the Course Details click on the button. The Course Details provides an outline of the courses on each transcript and how they apply to your program of study. Should you have any questions in regards to your transfer credits please contact your academic counselor at your campus.

## Student Transfer Credits

| School Name | Credits Evaluated | Credits Applied |
|---|---|---|
| DE ANZA COLLEGE | 23.64 | 2 |
| DEVRY UNIVERSITY - FREMONT | 91 | 62 |
| Total | 114.64 | 64 |

Option for filling elective and general education credit:

Prior Learning Assessment is a process that may save students time and money in completing a degree program. The Prior Learning Assessment process determines if learning received outside of the traditional university classroom is equivalent to academic learning and eligible for college credit.

You may visit the Prior Learning Assessment Center website through the Program Menu on the home page, or directly at: www.phoenix.edu/admissions/prior_learning_assessment.html. You may also contact the Prior Learning Assessment Center toll free at (866) 440-4707.

Copyright © 2010 University of Phoenix. PWAXSAAR002

## Notification of Account Hold

At this time your request for an official transcript cannot be processed due to an outstanding financial obligation to the University. Please contact your Campus Finance Office to verify the status of your account. Or, you may click on the following link to make a payment to your account.

Make Payment

If you are in CCC-Collections status, please contact the Corporate Collections Center at 1-877-507-2258.

**The reason for Account Hold is:** CCC-Collections

Contact Us
Report a problem | Ask a question | Share a thought

Home

# ACCOUNT HISTORY PAID BALANCES

ABRAZADO, CHARMAIN
PO BOX 4234
SANTA CLARA,CA 95056-4234

 University of Phoenix
*Thinking ahead.*

University of Phoenix
P.O. Box 29887
Phoenix, AZ 85038-9887

**IRN#: 9027718437**

**SUMMARY DATE: 7/8/2010**

| TRANSACTION DETAIL | | | | | | |
|---|---|---|---|---|---|---|
| **TRANSACTION NUMBER** | **TRANSACTION DESCRIPTION** | **TRANSACTION TYPE** | **AMOUNT** | **TRANS DATE** | **PRINT** | **EMAIL** |
| RPFAUN1:1057553 | REFUND-PAYER FA UNSUB1 | DEBIT MEMO | 1,800.00 | 29-JUN-10 | Print | Email |
| RSFAUN1:1057191 | REFUND-STD FA UNSUB1 | DEBIT MEMO | 706.25 | 01-JUN-10 | Print | Email |
| EFT:27-MAY-2010:FA_UFSL1 | | RECEIPT | -2,216.25 | 27-MAY-10 | Print | Email |
| R:BUS/475:BC949962 | BUS/475-rEsource Course Materials | INVOICE | 85.00 | 03-MAY-10 | Print | Email |
| BUS/475:BC949959 | BUS/475-INTEGRATED BUSINESS TOPICS | INVOICE | 1,425.00 | 03-MAY-10 | Print | Email |
| D:BIS/219:416767 | Fee-Directed Study SJ | INVOICE | 75.00 | 16-MAR-10 | Print | Email |
| BIS/219:BB777176 | BIS/219-BUSINESS INFORMATION SYSTEMS | INVOICE | 1,350.00 | 15-MAR-10 | Print | Email |
| R:BIS/219:BB778997 | BIS/219-rEsource Course Materials | INVOICE | 85.00 | 15-MAR-10 | Print | Email |
| 224:11282135 | | RECEIPT | -1,510.00 | 16-FEB-10 | Print | Email |
| RES/342:BB103776 | RES/342-RESEARCH AND EVALUATION II | INVOICE | 1,425.00 | 11-FEB-10 | Print | Email |

1 - 10 of 48      Next

**The above account history data is current as of 7/8/2010. University of Phoenix may redistribute payment applications to comply with Financial Aid regulations, Employer Billing agreements, or to correct misapplied payments.** Please allow up to 20 minutes for recent activity to reflect on the Account History page.

YOU HAVE SELECTED COLLECTIONS-INTERNAL AS YOUR TUITION PAYMENT OPTION.
Please review your financial options guide or contact your local campus with any questions.

Account Summary     Cancel

© 1998-2001 University of Phoenix. All Rights Reserved. UOPPECAWEB06

Home

# ACCOUNT SUMMARY OUTSTANDING BALANCES

ABRAZADO, CHARMAIN
PO BOX 4234
SANTA CLARA, CA 95056-4234

 University of Phoenix
Thinking ahead

University of Phoenix
P.O. Box 29887
Phoenix, AZ 85038-9887

**IRN#: 9027718437**

**SUMMARY DATE: 7/8/2010**

To make a payment, click the check box to the left of the invoice item or items you want to pay and then click either the "Pay by Credit/Debit Card" or the "Pay by Check" button below. Please allow up to 20 minutes for recent activity to reflect on the Account Summary page.

| | COURSE ID | COURSE TITLE | DESCRIPTION | COURSE START DATE | AMOUNT | PRINT | EMAIL |
|---|---|---|---|---|---|---|---|
| | | | NEXT COURSE | | | | |
| | | | NEXT COURSE IS NOT AVAILABLE | | | | |

| | INVOICE # | INVOICE DESCRIPTION | CHARGE TYPE | TRANS DATE | AMOUNT | PRINT | EMAIL |
|---|---|---|---|---|---|---|---|
| | | | OUTSTANDING INVOICES | | | | |
| ☐ | RSFAUN1:1057191 | REFUND-STD FA UNSUB1 | DEBIT MEMO | 01-JUN-10 | 290.00 | Print | Email |
| ☐ | R:BUS/475:BC949962 | BUS/475-rEsource Course Materials | RESOURCE FEE | 03-MAY-10 | 85.00 | Print | Email |
| ☐ | BUS/475:BC949959 | BUS/475-INTEGRATED BUSINESS TOPICS | TUITION | 03-MAY-10 | 1,425.00 | Print | Email |
| ☐ | D:BIS/219:416767 | Fee-Directed Study SJ | OTHER FEE | 16-MAR-10 | 75.00 | Print | Email |
| ☐ | BIS/219:BB777176 | BIS/219-BUSINESS INFORMATION SYSTEMS | TUITION | 15-MAR-10 | 1,350.00 | Print | Email |
| ☐ | R:BIS/219:BB778997 | BIS/219-rEsource Course Materials | RESOURCE FEE | 15-MAR-10 | 85.00 | Print | Email |
| **CURRENT BALANCE** | | | | | **$3,310.00** | | |
| **(CREDITS)** | | | | | **$0.00** | | |
| **TOTAL OUTSTANDING AMOUNT** | | | | | **$3,310.00** | | |

Due to Federal Financial Aid regulations, available credits may not be applied to all outstanding invoices. Please click here or contact your finance advisor for information.

To make an open payment, enter the amount in the Payment Amount box below and then select whether it should be applied to a future rEsource payment or to your general account by clicking on the checkbox next to one of the payment types below.

| OPEN PAYMENT | | |
|---|---|---|
| **PAYMENT AMOUNT** | ☑ RESOURCE PAYMENT | ☐ GENERAL PAYMENT |

To print or have a current statement emailed to you, click on the Print or Email buttons below. The Print button will render a PDF document which you can print from the Adobe Reader. The Email button will send you an email with the statement attached as a PDF file.

| REQUEST A CURRENT STATEMENT | | |
|---|---|---|
| **PRINT A CURRENT STATEMENT** | Print | Email |

YOU HAVE SELECTED COLLECTIONS-INTERNAL AS YOUR TUITION PAYMENT OPTION.
Please review your financial options guide or contact your local campus with any questions.

Pay by Credit/Debit Card    Pay by Check    Account History    Go Home

© 1998-2001 University of Phoenix. All Rights Reserved. UOPPECAWEB06

Welcome Charmain Abrazado - 9027718437 |  Inbox  |  What's New  |  Community  |  Help  |  Logout

**Home** | **Classroom** | **Library** | **Program** | **Account**

University Library | eBooks | Center for Writing Excellence | Center for Mathematics Excellence

---

**Writing Tools**

**Services**

My Papers

Submit a Paper

Reviewing Services

**Writing Resources**

Writing & Style Guidelines

Tutorials & Guides

Feedback/Contact Us

Knowledge Base/FAQs

**Useful Links**

Reference and Citation Generator

APA Information

Grammar and Writing Guides

# Center for Writing Excellence

## Important Messages

Student Code of Academic Integrity 2008

Sunday and Monday are the busiest days of the week for *Plagiarism Checker* and *WritePoint* services. Please allow two hours as a minimum guideline for the return of papers on these days.

Do you have a writing question and cannot locate the answer on the CWE Web site? Then contact us at writinglab@phoenix.edu. If you have a question about a paper submitted to our reviewing services, include your student IRN, the name of your paper, and the date that you submitted the paper. We answer emails Monday through Friday during business hours. Emails sent on weekends and holidays will be answered during the next business day.

**Servicios en Español**
Para ingresar a los servicios de revisión en español o a las guías de RedAcción, visite El Centro de RedAcción.

**Riverpoint Writer**

Try CWE's new tool. Riverpoint Writer is a formatting tool that plugs into Microsoft® Word to help you create a document that is consistent with the University's Writing & Style Guidelines and the sixth edition of the *APA Manual*.

The Center for Writing Excellence (CWE) is an online writing lab designed to assist the University's students in developing essential written communication skills. The CWE helps students to create writing that is articulate, cohesive, structured, concise, and easily understood by the reader. Good writing skills are critical to academic and professional success. Upon graduating from the University, individuals who possess excellent written communication skills will have an advantage in most professional work environments.

To retrieve a reviewed document go to the status column and click on the      Ready icon

Submit a Paper

## Description of Reviewing Services and Tutorials & Guides

### WritePoint$^{SM}$

The WritePoint$^{SM}$ automated review system is a service available to students and to faculty. WritePoint provides feedback on basic grammar and usage by inserting comments into the text of a paper at the point of the error. Comments are inserted using blue text surrounded by brackets to distinguish the comments from the original writing. Students may submit multiple drafts of a paper for review as long as previous WritePoint comments are removed before resubmission. The WritePoint system processes a paper quickly and is available 24 hours, 7 days a week. Sunday and Monday are the busiest days of the week for WritePoint. Please allow two hours as a minimum guideline for the return of papers on these days.

### Plagiarism Checker

Plagiarism Checker promotes originality in student work and improves student writing and research skills. Generally, a paper can be processed within minutes. This service instantly identifies papers containing material authored by another writer. If the Checker indicates that another writer's material has been used, students are expected to add appropriate citations and quotation marks using APA format or to rewrite their papers using original material. Sunday and Monday are the busiest days of the week for the Plagiarism Checker. Please allow two hours as a minimum guideline for the return of papers on these days.

### Tutorials & Guides

The Tutorials and Guides section is designed to help students improve grammar and writing skills. The links in this section provide information about understanding grammar principles, learning the writing process, and writing and formatting academic essays. Samples of documents frequently written by students are included. A reference citation generator and a thesis statement generator are included as well.

Plagiarism Manual

| | | | | Rejected | In Progress | Ready |
|---|---|---|---|---|---|---|
| Delete Checked | Check All | Clear All | | | | |
| | Original Doc | Course | Paper Title | Date & Time | Status | |
| | ☐ | BUS/475 | BUS 475 FINALS | 6/7/2010 7:27 PM | WritePoint Plagiarism | |
| | | BUS/475 | CAlicer ISCOM MY SWOTT | 6/7/2010 10:58 AM | WritePoint | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | | | | | Plagiarism |
| ☐ | | BUS/475 | CAlicer ISCOM Final [ScoreBoard] | 6/7/2010 10:56 AM | WritePoint Plagiarism |
| ☐ | | BUS/475 | CAlicer ISCOM Final I | 6/7/2010 10:54 AM | WritePoint Plagiarism |
| ☐ | | BUS/475 | Business 475 Scoreboard my RULES or GO | 6/4/2010 3:23 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | BUS 475 Final I | 6/4/2010 2:56 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | BUS 475 Final | 6/4/2010 2:33 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | Strategic Operations Management Pt III [ReV] | 5/26/2010 3:03 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | Part III ISCOMStratOpsHWProject | 5/26/2010 12:19 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTA 8, 000, 000 , 000, 000, 000 | 5/25/2010 12:14 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTA 1,000,000,000,000,000,000 | 5/25/2010 12:03 PM | WritePoint Plagiarism |
| ☑ | | BUS/475 | My Week Four Stratt Plan RES Report | 5/24/2010 4:41 PM | WritePoint Plagiarism |
| ☑ | | BUS/475 | LTAlpha Hit the Jack Diamonds | 5/24/2010 12:38 PM | WritePoint Plagiarism |
| ☑ | | BUS/475 | LTA 7777 | 5/18/2010 8:49 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTA [100000000000000000000] | 5/18/2010 8:44 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTALPHA [For 1,000,000,000,000] | 5/18/2010 8:24 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTAlpha Week Four [For Honorary] | 5/18/2010 7:58 PM | WritePoint Plagiarism |
| ☑ | | BUS/475 | MY STRATEGIC OPERATIONS RES | 5/17/2010 6:04 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | My RES Stratt Operations Management Paper | 5/17/2010 5:55 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | LTA For Supremacy | 5/14/2010 9:05 AM | WritePoint Plagiarism |
| ☐ | | BUS/475 | Week 03 LTA HW PRO For Victory | 5/13/2010 7:22 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | BUS 475 05102010 Senior Executive Supremacy | 5/10/2010 6:30 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | Senior Executive Supremacy 05102010 CAlicer | 5/10/2010 5:07 PM | WritePoint Plagiarism |
| ☐ | | BUS/475 | 05-10-2010 BIS Senior Executive TQManagement | 5/10/2010 4:44 PM | WritePoint Plagiarism |

Delete Checked

Copyright © 2010 University of Phoenix PWAXICUI006
ICUI 2.2.9.0
00:00.179

7/8/2010

Welcome Charmain Abrazado - 9027718437 | Inbox | What's New | Community | Help | Logout

Home    Classroom    Library    Program    Account

## Schedule and Grades

BSB/ISCOM Program (Version: 024)

**Program Contacts**

**Academic Representative**

My Program

**BSB/ISCOM**

- Schedule and Grades
- Program Credits
- Transfer Credits

**Program Publications**

Program Handbook

Academic Catalog

Student Code of Conduct

**Order Transcripts**

Official Transcripts may be ordered either: online, by phone(1-800-866-3919), by mail or by fax.

Order Online

| | | | |
|---|---|---|---|
| **Name:** | Charmain A Abrazado | **Student Status:** | Regular (RG) *Effective: 12/28/2009* |
| **IRN:** | 9027718437 | **Program Status:** | Regular (RG) *Effective: 04/08/2009* |
| **Total Credits Required:** | 120 | **Financial Aid Status:** | Regular (RG) *Effective: 03/20/2009* |
| **Program GPA:** | 2.63 | | |

LEON L BLAND
leon.bland@phoenix.e..
1-800-266-2107
**Financial Representative**

KELLY R BETHEL
kelly.bethel@phoenix..
1-866-867-4968

Academic Status Descriptions

The following information is unofficial and intended to provide convenient information on your student record. The current and future courses listed below may not include everything required by your program. Please refer to your Enrollment Agreement for specific requirements for your program or contact your academic representative.

## Current and Upcoming Courses

**Note:** For Current and Upcoming Courses, the Materials link will display 30 days prior to course start date, the Discussion link will display on the course start date and Weekly Grades link will display 7 days past the course start date.

| Course | CR | Start | End | Instructor |
|---|---|---|---|---|
| COMM/215 ESSENTIALS OF COLLEGE WRITING<br>Materials   Weekly Grades | 3.00 | 08/10/2005 | 08/10/2005 | |
| MTH/209 COLLEGE MATHEMATICS II<br>Materials   Weekly Grades | 3.00 | 08/31/2005 | 08/31/2005 | |
| GEN/300 SKILLS FOR PROFESSIONAL DEVELOPMENT<br>Materials   Weekly Grades | 3.00 | 10/05/2005 | 10/05/2005 | |

## Completed Courses

Waivers Description

| Course | CR | Start | End | Instructor | Grade |
|---|---|---|---|---|---|
| MGT/216 ORGANIZATIONAL ETHICS AND SOCIAL RESPONSIBILITY | 0.00 | 01/23/2000 | 01/23/2000 | | WC |
| ACC/280 PRINCIPLES OF ACCOUNTING | 0.00 | 01/30/2000 | 01/30/2000 | | WC |
| FIN/370 FINANCE FOR BUSINESS | 0.00 | 03/19/2000 | 03/19/2000 | | WC |
| BUS/415 BUSINESS LAW | 0.00 | 03/26/2000 | 03/26/2000 | | WC |
| MKT/421 MARKETING | 0.00 | 04/02/2000 | 04/02/2000 | | WC |
| GEN/200 FOUNDATIONS FOR GENERAL EDUCATION AND PROFESSIONAL SUCCESS<br>Materials | 3.00 | 04/27/2009 | 06/08/2009 | MICHAEL MULHOLLAND | B |
| ECO/212 PRINCIPLES OF ECONOMICS<br>Materials | 3.00 | 06/22/2009 | 07/20/2009 | AARON GAVIN | A- |
| COM/285 BUSINESS COMMUNICATIONS<br>Materials | 3.00 | 07/30/2009 | 08/27/2009 | FARID DALILI | B |
| MGT/330 MANAGEMENT: THEORY, PRACTICE AND APPLICATION<br>Materials | 3.00 | 09/03/2009 | 10/01/2009 | MICHAEL MULHOLLAND | A- |
| MGT/307 ORGANIZATIONAL BEHAVIOR AND GROUP DYNAMICS<br>Materials | 3.00 | 10/08/2009 | 11/05/2009 | LAM NGUYEN | B+ |
| MGT/350 CRITICAL THINKING: STRATEGIES IN DECISION MAKING<br>Materials | 3.00 | 11/12/2009 | 12/17/2009 | YVONNE RICHARDSON | C- |
| RES/341 RESEARCH AND EVALUATION I<br>Materials | 3.00 | 01/07/2010 | 02/04/2010 | DONNA CRAFT | B+ |
| RES/342 RESEARCH AND EVALUATION II | | | | | |

Case 5:10-cv-03163-HRL   Document 1   Filed 07/20/10   Page 28 of 42

| | | | | | |
|---|---|---|---|---|---|
| Materials | 3.00 | 02/11/2010 | 03/11/2010 | DONNA CRAFT | B- |
| BIS/219 BUSINESS INFORMATION SYSTEMS | 3.00 | 03/15/2010 | 04/12/2010 | DONNA DULO | C |
| Materials | | | | | |
| BUS/475 INTEGRATED BUSINESS TOPICS | 0.00 | 05/03/2010 | 06/07/2010 | DAVID BONILLA | E |
| Materials  Discussion  Weekly Grades | | | | | |

Copyright © 2010 University of Phoenix. PWAXSAAR002

 University of Phoenix™

# Program Credits

| | |
|---|---|
| **Name:** | Charmain A Abrazado |
| **IRN:** | 9027718437 |

This is an outline of how your transfer credits courses apply to the Graduation Requirements for your program of study. The Content Requirements, Course of Study Requirements and General Education Requirements provide you with information on Credits Required, Credits Applied and Credits Remaining in your program of study. Should you have any questions in regards to your Student Program Summary please contact your academic counselor at your campus.

## Credits Required for Graduation

There is no data available at this time.

## Required Course of Study Summary

There is no data available at this time.

## General Education Summary

There is no data available at this time.

## Evaluated Credit Summary

| | LD | UD | GR | Total |
|---|---|---|---|---|
| Assessed Credits | 0 | 0 | 0 | 0 |
| Transfer Credits | 28 | 21 | 0 | 49 |
| Waived Credits | 3 | 12 | 0 | 15 |
| University of Phoenix Credits | 12 | 15 | 0 | 27 |
| Total | 43 | 48 | 0 | 91 |

Option for filling elective and general education credit:

Prior Learning Assessment is a process that may save students time and money in completing a degree program. The Prior Learning Assessment process determines if learning received outside of the traditional university classroom is equivalent to academic learning and eligible for college credit.

You may visit the Prior Learning Assessment Center website through the Program Menu on the home page, or directly at: www.phoenix.edu/admissions/prior_learning_assessment.html. You may also contact the Prior Learning Assessment Center toll free at (866) 440-4707.

Get Acrobat Reader

Copyright © 2010 University of Phoenix. PWAXSAAR002



# Transfer Credits

**Name:**        Charmain A Abrazado

**IRN:**         9027718437

This is a summary of the total number of credits that were evaluated from your official transcript(s) received by the University and indicates the application of these credits to your program of study. To view the Course Details click on the button. The Course Details provides an outline of the courses on each transcript and how they apply to your program of study. Should you have any questions in regards to your transfer credits please contact your academic counselor at your campus.

## Student Transfer Credits

| School Name | Credits Evaluated | Credits Applied |
|---|---|---|
| DE ANZA COLLEGE | 23.64 | 2 |
| DEVRY UNIVERSITY - FREMONT | 91 | 62 |
| Total | 114.64 | 64 |

Option for filling elective and general education credit:

Prior Learning Assessment is a process that may save students time and money in completing a degree program. The Prior Learning Assessment process determines if learning received outside of the traditional university classroom is equivalent to academic learning and eligible for college credit.

You may visit the Prior Learning Assessment Center website through the Program Menu on the home page, or directly at: www.phoenix.edu/admissions/prior_learning_assessment.html. You may also contact the Prior Learning Assessment Center toll free at (866) 440-4707.

Copyright © 2010 University of Phoenix. PWAXSAAR002

Welcome Charmain Abrazado - 9027718437 | Inbox | What's New | Community | Help | Logout

Home    Classroom    Library    Program    Account

## Notification of Account Hold

At this time your request for an official transcript cannot be processed due to an outstanding financial obligation to the University. Please contact your Campus Finance Office to verify the status of your account. Or, you may click on the following link to make a payment to your account.

Make Payment

---

If you are in CCC-Collections status, please contact the Corporate Collections Center at 1-877-507-2258.

**The reason for Account Hold is: CCC-Collections**

Home | Classroom | Library | Program | Account                                           Contact Us
Sitemap | Downloads | Community Relations | System Status | Terms of Use                    Report a problem | Ask a question | Share a thought

Copyright © 2010 University of Phoenix. ECAMPUS02

# ACCOUNT HISTORY PAID BALANCES

ABRAZADO, CHARMAIN
PO BOX 4234
SANTA CLARA, CA 95056-4234

 University of Phoenix
Thinking ahead

University of Phoenix
P.O. Box 29887
Phoenix, AZ 85038-9887

**IRN#: 9027718437**                                                    **SUMMARY DATE: 7/8/2010**

| TRANSACTION DETAIL | | | | | | |
|---|---|---|---|---|---|---|
| **TRANSACTION NUMBER** | **TRANSACTION DESCRIPTION** | **TRANSACTION TYPE** | **AMOUNT** | **TRANS DATE** | **PRINT** | **EMAIL** |
| RPFAUN1:1057553 | REFUND-PAYER FA UNSUB1 | DEBIT MEMO | 1,800.00 | 29-JUN-10 | Print | Email |
| RSFAUN1:1057191 | REFUND-STD FA UNSUB1 | DEBIT MEMO | 706.25 | 01-JUN-10 | Print | Email |
| EFT:27-MAY-2010:FA_UFSL1 | | RECEIPT | -2,216.25 | 27-MAY-10 | Print | Email |
| R:BUS/475:BC949962 | BUS/475-rEsource Course Materials | INVOICE | 85.00 | 03-MAY-10 | Print | Email |
| BUS/475:BC949959 | BUS/475-INTEGRATED BUSINESS TOPICS | INVOICE | 1,425.00 | 03-MAY-10 | Print | Email |
| D:BIS/219:416767 | Fee-Directed Study SJ | INVOICE | 75.00 | 16-MAR-10 | Print | Email |
| BIS/219:BB777176 | BIS/219-BUSINESS INFORMATION SYSTEMS | INVOICE | 1,350.00 | 15-MAR-10 | Print | Email |
| R:BIS/219:BB778997 | BIS/219-rEsource Course Materials | INVOICE | 85.00 | 15-MAR-10 | Print | Email |
| 224:11282135 | | RECEIPT | -1,510.00 | 16-FEB-10 | Print | Email |
| RES/342:BB103776 | RES/342-RESEARCH AND EVALUATION II | INVOICE | 1,425.00 | 11-FEB-10 | Print | Email |

1 - 10 of 48    **Next**

**The above account history data is current as of 7/8/2010. University of Phoenix may redistribute payment applications to comply with Financial Aid regulations, Employer Billing agreements, or to correct misapplied payments.** Please allow up to 20 minutes for recent activity to reflect on the Account History page.

YOU HAVE SELECTED COLLECTIONS-INTERNAL AS YOUR TUITION PAYMENT OPTION.
Please review your financial options guide or contact your local campus with any questions.

Account Summary    Cancel

© 1998-2001 University of Phoenix. All Rights Reserved. UOPPECAWEB08

# ACCOUNT SUMMARY OUTSTANDING BALANCES

ABRAZADO, CHARMAIN
PO BOX 4234
SANTA CLARA, CA 95056-4234

 University of Phoenix
*Thinking ahead*

University of Phoenix
P.O. Box 29887
Phoenix, AZ 85038-9887

**IRN#: 9027718437**

**SUMMARY DATE: 7/8/2010**

To make a payment, click the check box to the left of the invoice item or items you want to pay and then click either the "Pay by Credit/Debit Card" or the "Pay by Check" button below. Please allow up to 20 minutes for recent activity to reflect on the Account Summary page.

| | NEXT COURSE | | | | | | |
|---|---|---|---|---|---|---|---|
| | COURSE ID | COURSE TITLE | DESCRIPTION | COURSE START DATE | AMOUNT | PRINT | EMAIL |
| | NEXT COURSE IS NOT AVAILABLE | | | | | | |
| | OUTSTANDING INVOICES | | | | | | |
| | INVOICE # | INVOICE DESCRIPTION | CHARGE TYPE | TRANS DATE | AMOUNT | PRINT | EMAIL |
| ☐ | RSFAUN1:1057191 | REFUND-STD FA UNSUB1 | DEBIT MEMO | 01-JUN-10 | 290.00 | Print | Email |
| ☐ | R:BUS/475:BC949962 | BUS/475-rEsource Course Materials | RESOURCE FEE | 03-MAY-10 | 85.00 | Print | Email |
| ☐ | BUS/475:BC949959 | BUS/475-INTEGRATED BUSINESS TOPICS | TUITION | 03-MAY-10 | 1,425.00 | Print | Email |
| ☐ | D:BIS/219:416767 | Fee-Directed Study SJ | OTHER FEE | 16-MAR-10 | 75.00 | Print | Email |
| ☐ | BIS/219:BB777176 | BIS/219-BUSINESS INFORMATION SYSTEMS | TUITION | 15-MAR-10 | 1,350.00 | Print | Email |
| ☐ | R:BIS/219:BB778997 | BIS/219-rEsource Course Materials | RESOURCE FEE | 15-MAR-10 | 85.00 | Print | Email |
| **CURRENT BALANCE** | | | | | **$3,310.00** | | |
| **(CREDITS)** | | | | | **$0.00** | | |
| **TOTAL OUTSTANDING AMOUNT** | | | | | **$3,310.00** | | |

Due to Federal Financial Aid regulations, available credits may not be applied to all outstanding invoices. Please click here or contact your finance advisor for information.

To make an open payment, enter the amount in the Payment Amount box below and then select whether it should be applied to a future rEsource payment or to your general account by clicking on the checkbox next to one of the payment types below.

| OPEN PAYMENT | |
|---|---|
| **PAYMENT AMOUNT** | ☐ RESOURCE PAYMENT   ☐ GENERAL PAYMENT |

To print or have a current statement emailed to you, click on the Print or Email buttons below. The Print button will render a PDF document which you can print from the Adobe Reader. The Email button will send you an email with the statement attached as a PDF file.

| REQUEST A CURRENT STATEMENT | |
|---|---|
| **PRINT A CURRENT STATEMENT** | Print   Email |

YOU HAVE SELECTED COLLECTIONS-INTERNAL AS YOUR TUITION PAYMENT OPTION.
Please review your financial options guide or contact your local campus with any questions.

Pay by Credit/Debit Card    Pay by Check    Account History    Go Home

© 1998-2001 University of Phoenix. All Rights Reserved. UOPPECAWEB06

Welcome Charmain Abrazado - 9027718437 | Inbox ¦ What's New | Community | Help | Logout

**Home** · **Classroom** · **Library** · **Program** · **Account**

University Library · eBooks · Center for Writing Excellence · Center for Mathematics Excellence

## Writing Tools

**Services**
My Papers
Submit a Paper

Reviewing Services

**Writing Resources**
Writing & Style Guidelines
Tutorials & Guides
Feedback/Contact Us
Knowledge Base/FAQs

**Useful Links**
Reference and Citation Generator
APA Information
Grammar and Writing Guides

# Center for Writing Excellence

## Important Messages

Student Code of Academic Integrity 2008

Sunday and Monday are the busiest days of the week for *Plagiarism Checker* and *WritePoint* services. Please allow two hours as a minimum guideline for the return of papers on these days.

Do you have a writing question and cannot locate the answer on the CWE Web site? Then contact us at writinglab@phoenix.edu. If you have a question about a paper submitted to our reviewing services, include your student IRN, the name of your paper, and the date that you submitted the paper. We answer emails Monday through Friday during business hours. Emails sent on weekends and holidays will be answered during the next business day.

**Servicios en Español**
Para ingresar a los servicios de revisión en español y a las guías de RedAcción, visite El Centro de RedAcción.

**Riverpoint Writer**
Try CWE's new tool. Riverpoint Writer is a formatting tool that plugs into Microsoft® Word to help you create a document that is consistent with the University's Writing & Style Guidelines and the sixth edition of the *APA Manual*.

The Center for Writing Excellence (CWE) is an online writing lab designed to assist the University's students in developing essential written communication skills. The CWE helps students to create writing that is articulate, cohesive, structured, concise, and easily understood by the reader. Good writing skills are critical to academic and professional success. Upon graduating from the University, individuals who possess excellent written communication skills will have an advantage in most professional work environments.

To retrieve a reviewed document go to the status column and click on the      Ready icon

Submit a Paper

### Description of Reviewing Services and Tutorials & Guides

#### WritePoint[SM]
The WritePoint[SM] automated review system is a service available to students and to faculty. WritePoint provides feedback on basic grammar and usage by inserting comments into the text of a paper at the point of the error. Comments are inserted using blue text surrounded by brackets to distinguish the comments from the original writing. Students may submit multiple drafts of a paper for review as long as previous WritePoint comments are removed before resubmission. The WritePoint system processes a paper quickly and is available 24 hours, 7 days a week. Sunday and Monday are the busiest days of the week for WritePoint. Please allow two hours as a minimum guideline for the return of papers on these days.

#### Plagiarism Checker
Plagiarism Checker promotes originality in student work and improves student writing and research skills. Generally, a paper can be processed within minutes. This service instantly identifies papers containing material authored by another writer. If the Checker indicates that another writer's material has been used, students are expected to add appropriate citations and quotation marks using APA format or to rewrite their papers using original material. Sunday and Monday are the busiest days of the week for the Plagiarism Checker. Please allow two hours as a minimum guideline for the return of papers on these days.

#### Tutorials & Guides
The Tutorials and Guides section is designed to help students improve grammar and writing skills. The links in this section provide information about understanding grammar principles, learning the writing process, and writing and formatting academic essays. Samples of documents frequently written by students are included. A reference citation generator and a thesis statement generator are included as well.

Plagiarism Manual

| Delete Checked | Check All | Clear All | | Rejected | In Progress | Ready |
|---|---|---|---|---|---|---|
| Original Doc | Course | Paper Title | | Date & Time | Status | |
| ☐ | BUS/475 | BUS 475 FINALS | | 6/7/2010 7:27 PM | WritePoint Plagiarism | |
| | BUS/475 | CAlicer ISCOM MY SWOTT | | 6/7/2010 10:58 AM | WritePoint | |

| | | | | |
|---|---|---|---|---|
| ☐ | | | | Plagiarism |
| ☐ | BUS/475 | CAlicer ISCOM Final [ScoreBoard] | 6/7/2010 10:56 AM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | CAlicer ISCOM Final I | 6/7/2010 10:54 AM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | Business 475 Scoreboard my RULES or GO | 6/4/2010 3:23 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | BUS 475 Final I | 6/4/2010 2:56 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | BUS 475 Final | 6/4/2010 2:33 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | Strategic Operations Management Pt III [ReV] | 5/26/2010 3:03 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | Part III ISCOMStratOpsHWProject | 5/26/2010 12:19 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTA 8, 000, 000 , 000, 000, 000 | 5/25/2010 12:14 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTA 1,000,000,000,000,000,000 | 5/25/2010 12:03 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | My Week Four Stratt Plan RES Report | 5/24/2010 4:41 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTAlpha Hit the Jack Diamonds | 5/24/2010 12:38 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTA 7777 | 5/18/2010 8:49 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTA [1000000000000000000] | 5/18/2010 8:44 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTALPHA [For 1,000,000,000,000] | 5/18/2010 8:24 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTAlpha Week Four [For Honorary] | 5/18/2010 7:58 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | MY STRATEGIC OPERATIONS RES | 5/17/2010 6:04 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | My RES Stratt Operations Management Paper | 5/17/2010 5:55 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | LTA For Supremacy | 5/14/2010 9:05 AM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | Week 03 LTA HW PRO For Victory | 5/13/2010 7:22 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | BUS 475 05102010 Senior Executive Supremacy | 5/10/2010 6:30 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | Senior Executive Supremacy 05102010 CAlicer | 5/10/2010 5:07 PM | WritePoint<br>Plagiarism |
| ☐ | BUS/475 | 05-10-2010 BIS Senior Executive TQManagement | 5/10/2010 4:44 PM | WritePoint<br>Plagiarism |

Delete Checked

Copyright © 2010 University of Phoenix PWAXICUI006
ICUI 2.2.9.0
00:00.179

| | | |
|---|---|---|
| **Cumulative Week 2 Subtotal :** | **26** | **16** |

Week 2 Feedback:

## Week 1

| | Possible Score | Your Score |
|---|---|---|
| Wk 1 - Ind - Participation | 3.0 | 3.0 |

**Comment:**
Attended and actively participated in discussions and in-class exercises.

| | | |
|---|---|---|
| **Week 1 Subtotal :** | **3** | **3** |
| **Cumulative Week 1 Subtotal :** | **3** | **3** |

Week 1 Feedback:

---

Home | Classroom | Library | Program | Account
Sitemap | Downloads | Community Relations | System Status | Terms of Use

Contact Us
Report a problem | Ask a question | Share a thought

Copyright © 2009 University of Phoenix  | Gradebook  5.9.2.3 | VPQ4

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Tm - Communications Plan Outline | 5.0 | 5.0 |

Comment:
Assignment done.

| | | |
|---|---|---|
| **Week 4 Subtotal :** | **18** | **6.5** |
| **Cumulative Week 4 Subtotal :** | **67** | **24** |

Week 4 Feedback:

---

## Week 3

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Ind - Participation | 3.0 | 1.5 |

Comment:
Attended and actively participated in class discussions and exercises. However, her feedback regarding her assignments were way off-based, as were her responses to my in-class questions.

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Ind - SWOTT analysis | 10.0 | 0.0 |

Comment:
student submitted improper subject matter, and in an incorrect format - not APA. See notes on returned papers.

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Tm - Functional Area Relationships | 10.0 | 0.0 |

Comment:
Did not contribute appropriate material to the Team A's paper.

| | | |
|---|---|---|
| **Week 3 Subtotal :** | **23** | **1.5** |
| **Cumulative Week 3 Subtotal :** | **49** | **17.5** |

Week 3 Feedback:

## Week 2

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Ind - Participation | 3.0 | 3.0 |

Comment:
Attended and actively participated in discussions.

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Ind - Conceptualizing a Business | 10.0 | 0.0 |

Comment:
Paper submitted online was the the proper paper for this assignment. She was notified of such six days ago. No corrected papers had been posted.

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Tm - Value Alignment | 10.0 | 10.0 |

Comment:
Submitted an excellent Team paper. See other corrective comments on posted returned paper.

| | | |
|---|---|---|
| **Week 2 Subtotal :** | **23** | **13** |

Welcome Charmain Abrazado  Inbox  |  What's New  |  Community  |  Help  |  Logout

| | | | | | |
|---|---|---|---|---|---|
| **Home** | **Classroom** | **Library** | **Program** | **Account** | |
| Materials | Discussion | Assignments | Grades | | |

[BUS/475]

# Grade Report: BUS/475

## Grade Summary (Week 1-Week 5)                                     Grade: F

**Total Percentage:**          37%

**Your Total Score:**          37

**Total Possible Score:**      100

### Week 5

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Participation | 3.0 | 3.0 |

**Comment:**
Attended and actively participated within the scope of tonights class.

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Final Strategic Paper & Presentation | 20.0 | 0.0 |

**Comment:**
Neither presentation nor paper posted earned any points. The contents were of both did not meet the requirements of the assignment.

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Final Exam: On-line | 10.0 | 10.0 |

**Comment:**
Completed Final Exam online with a satisfactory score for content retention.

| | Possible Score | Your Score |
|---|---|---|
| **Week 5 Subtotal :** | **33** | **13** |
| **Cumulative Week 5 Subtotal :** | **100** | **37** |

Week 5 Feedback:

### Week 4

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Ind - Participation | 3.0 | 1.5 |

**Comment:**
Attended and actively participated in discussions and in-class exercises. However, her answers to my questions were not correct. She had not read the material form the textbook.

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Ind - Balanced Score card | 10.0 | 0.0 |

**Comment:**
The assignment written and submitted does not meet the requirements for this week's Individual HW assignment - at all. It is way off-base. I've post same on the returned and graded submission already.

Welcome Charmain Abrazado  Inbox  | What's New | Community | Help | Logout

Home | **Classroom** | Library | **Program** | **Account**

BUS/475

Materials    Discussion    Assignments    Grades

# Grade Report: BUS/475

**Grade Summary (Week 1-Week 5)**                                    **Grade: F**

| | |
|---|---|
| **Total Percentage:** | **37%** |
| **Your Total Score:** | **37** |
| **Total Possible Score:** | **100** |

### Week 5

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Participation | 3.0 | 3.0 |

**Comment:**
Attended and actively participated within the scope of tonights class.

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Final Strategic Paper & Presentation | 20.0 | 0.0 |

**Comment:**
Neither presentation nor paper posted earned any points. The contents were of both did not meet the requirements of the assignment.

| | Possible Score | Your Score |
|---|---|---|
| Wk 5 - Ind - Final Exam: On-line | 10.0 | 10.0 |

**Comment:**
Completed Final Exam online with a satisfactory score for content retention.

| | | |
|---|---|---|
| **Week 5 Subtotal :** | **33** | **13** |
| **Cumulative Week 5 Subtotal :** | **100** | **37** |

Week 5 Feedback:

### Week 4

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Ind - Participation | 3.0 | 1.5 |

**Comment:**
Attended and actively participated in discussions and in-class exercises. However, her answers to my questions were not correct. She had not read the material form the textbook.

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Ind - Balanced Score card | 10.0 | 0.0 |

**Comment:**
The assignment written and submitted does not meet the requirements for this week's Individual HW assignment - at all. It is way off-base. I've post same on the returned and graded submission already.

| | Possible Score | Your Score |
|---|---|---|
| Wk 4 - Tm - Communications Plan Outline | 5.0 | 5.0 |

**Comment:**
Assignment done.

| | Possible Score | Your Score |
|---|---|---|
| **Week 4 Subtotal :** | **18** | **6.5** |
| **Cumulative Week 4 Subtotal :** | **67** | **24** |

Week 4 Feedback:

## Week 3

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Ind - Participation | 3.0 | 1.5 |

**Comment:**
Attended and actively participated in class discussions and exercises. However, her feedback regarding her assignments were way off-based, as were her responses to my in-class questions.

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Ind - SWOTT analysis | 10.0 | 0.0 |

**Comment:**
student submitted improper subject matter, and in an incorrect format - not APA. See notes on returned papers.

| | Possible Score | Your Score |
|---|---|---|
| Wk 3 - Tm - Functional Area Relationships | 10.0 | 0.0 |

**Comment:**
Did not contribute appropriate material to the Team A's paper.

| | Possible Score | Your Score |
|---|---|---|
| **Week 3 Subtotal :** | **23** | **1.5** |
| **Cumulative Week 3 Subtotal :** | **49** | **17.5** |

Week 3 Feedback:

## Week 2

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Ind - Participation | 3.0 | 3.0 |

**Comment:**
Attended and actively participated in discussions.

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Ind - Conceptualizing a Business | 10.0 | 0.0 |

**Comment:**
Paper submitted online was the the proper paper for this assignment.  She was notified of such six days ago.  No corrected papers had been posted.

| | Possible Score | Your Score |
|---|---|---|
| Wk 2 - Tm - Value Alignment | 10.0 | 10.0 |

**Comment:**
Submitted an excellent Team paper. See other corrective comments on posted returned paper.

| | Possible Score | Your Score |
|---|---|---|
| **Week 2 Subtotal :** | **23** | **13** |

| | Possible Score | Your Score |
|---|---|---|
| **Cumulative Week 2 Subtotal :** | **26** | **16** |

Week 2 Feedback:

## Week 1

| | Possible Score | Your Score |
|---|---|---|
| Wk 1 - Ind - Participation | 3.0 | 3.0 |

Comment:
Attended and actively participated in discussions and in-class exercises.

| | | |
|---|---|---|
| **Week 1 Subtotal :** | **3** | **3** |
| **Cumulative Week 1 Subtotal :** | **3** | **3** |

Week 1 Feedback:

---

Home | Classroom | Library | Program | Account                    Contact Us
Sitemap | Downloads | Community Relations | System Status | Terms of Use    Report a problem | Ask a question | Share a thought

Copyright © 2009 University of Phoenix | Gradebook 5.9.2.3 | VPQ4