**\*\* E-filed August 12, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARMAIN A. ABRAZADO, | No. C10-03163 HRL |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO OBTAIN PRIOR COURT APPROVAL FOR CERTAIN FILINGS** |
| v. | |
| THE GOVERNMENT STATE OF CALIFORNIA, et al., | |
| Defendants. | |

In July, *Pro se* plaintiff Charmain Abrazado ("Abrazado") filed a complaint against the State of California and the University of Phoenix. Since then, she has filed with the Court numerous papers and items, many of which appear to be completely unrelated to her action. Given the lack of relevance of these items and that fact that Abrazado has yet to serve the complaint on any of the defendants, the Court must exercise its discretion to control its docket. Thus, aside from pleadings, motions, or other requests made pursuant to the Federal Rules of Civil Procedure and this District's Local Rules, and until further notice, Abrazado may not file any other documents or items without first receiving prior court approval.

**IT IS SO ORDERED.**

Dated: August 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **C10-03163 HRL** Notice will be electronically mailed to:

2

3  **Notice will be provided by other means to:**

4  Charmain A Abrazado
   PO Box 4234
5  Santa Clara, CA 95056

6  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28