\*\* **E-filed October 6, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARMAIN A. ABRAZADO, | No. C10-03163 HRL |
| Plaintiff, | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE GOVERNMENT STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The order that follows is based on the discussion at the October 5, 2010 Case Management Conference. *Pro se* plaintiff ("Plaintiff") alone appeared at the conference because she has not yet served any defendant with the complaint and summons.

Plaintiff filed her complaint on July 20, 2010. (Docket No. 1.) As Federal Rule of Civil Procedure 4 requires that a plaintiff must serve a defendant within 120 days after the complaint is filed, the Court advised Plaintiff that she must properly serve defendants by November 17, 2010.

In addition, the Court strongly instructed Plaintiff not to submit any more purported "evidence" to the Court until further notice.

**IT IS SO ORDERED.**

Dated: October 6, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C10-03163-HRL Please see <u>General Order 45 Section IX C.2 and D</u>; Notice has NOT been**

2 **electronically mailed to:**

3 Charmain A. Abrazado
PO Box 4234
4 Santa Clara, CA 95056

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**