\*\* **E-filed March 29, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARMAIN A. ABRAZADO, | No. C10-03163 HRL |
| Plaintiff, | **ORDER SETTING SHOW CAUSE HEARING RE: FAILURE TO PROSECUTE** |
| v. | |
| THE GOVERNMENT STATE OF CALIFORNIA, et al., | |
| Defendants. | |

At the October 5, 2010 case management conference, this Court advised Plaintiff that she must properly serve the defendants in this action in order for it to go forward. See Docket No. 69. This Court's order following the conference restated the same. Docket No. 71. On October 21, 2010, Plaintiff filed what purported to be proof of service of the defendants. Docket No. 72. However, upon review of the documents submitted, it appears that Plaintiff has yet to properly serve any defendant. See id. Thus, the Court ORDERS Plaintiff to appear on **April 26, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, and show cause why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 28, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03163 HRL Notice will be electronically mailed to:**

**Notice will be provided by other means to:**

Charmain A. Abrazado
PO Box 4234
Santa Clara, CA 95056

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**